≈JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Javier Miraballes

## DEFENDANTS
The United States of America

**(b)** County of Residence of First Listed Plaintiff: **Fairfield County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cooper Sevillano, LLC       (203) 366-0660
1087 Broad Street, Bridgeport, CT 06604

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle ☒ | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 U.S.C. Section 2671 and 28 U.S.C. Section 1346(b)**
Brief description of cause:
**Rear-end motor vehicle accident involving U.S. Postal Service employee**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 07/09/2012
SIGNATURE OF ATTORNEY OF RECORD: /s/

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAVIER MIRABALLES,                             :

      Plaintiff                                    :        Civil Action No.:_____

    -against-

THE UNITED STATES OF AMERICA,           :

      Defendant                                  :        July 9, 2012

## COMPLAINT

### Preliminary Statement

1. The Plaintiff brings this action against the Defendant United States of America for injuries he sustained in a motor vehicle accident with a United States postal truck pursuant to the Federal Tort Claims Act (28 U.S.C. § 2671 et seq.).

### Parties

2. The plaintiff, Javier Miraballes ("Plaintiff"), is a citizen and a resident of the State of Connecticut.

3. The defendant, United States of America ("Defendant"), is a nation which operates the United States Postal Service.

### Jurisdiction

4. Jurisdiction is conferred upon this court because this is an action against the United States of American under the Federal Tort Claims Act, 28 U.S.C. §2671 et seq. and 28 U.S.C. §1346(b).

### Venue

5. Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and (e) because the Defendant transacts business in the State of Connecticut and a substantial part of the events and omissions giving rise to the Plaintiff's claim occurred in the State of Connecticut.

### Statement of Facts

6. On or about October 6, 2010, Plaintiff was operating his vehicle in a generally westerly direction on Union City Road (Route 68 West), a public highway located in, and running through, the Town of Prospect, Connecticut, approaching its intersection with Spring Street, also a public highway located in and running through Prospect.

7. At the same time and place, Mr. George Chateauneuf was operating a United States of America postal truck within the course and scope of his employment as a United States of America postal worker, also in a generally westerly direction on Union City Road in Prospect, somewhere behind the Plaintiff's vehicle.

8. As the Plaintiff slowed his vehicle down for stopped traffic ahead, he was struck in the rear by the Defendant's postal truck thereby causing him to sustain the following serious injuries and damages.

9. As a result of the collision, the Plaintiff suffered injuries of a serious, painful and permanent nature in that he sustained:

    (a)    a musculoligamentous sprain to the thoracic spine;

    (b)    a musculoligamentous sprain to the lumbar spine;

(c)     a general shock to his nervous system; and

(d)     anxiety and apprehension about his mental and physical conditions.

(a)-(d) Some or all of which injuries have affected his ability to participate in his normal activities of daily living and have prevented him from resuming his preaccident lifestyle.

10.     On or about December 9, 2011, the Plaintiff submitted a claim to the United States Postal Service in the amount of $50,000.00 pursuant to 28 U.S.C. § 2675.

11.     Since no final disposition of the Plaintiff's claim has been made by the United States Postal Service in writing within six months of its presentment, the Plaintiff is now treating the Agency's failure to do so as a final denial of the claim under 28 U.S.C. § 2675.

### First Cause of Action

12-22. Paragraphs 1 through 11 of this Complaint are hereby incorporated by reference and made paragraphs numbers 12 through 22 of this the First Cause of Action as if fully set forth herein.

23.     At all relevant times mentioned herein, Mr. George Chateauneuf was acting in the scope of his employment and was properly authorized to use the United States of America postal truck in carrying out his duties when the collision with the Plaintiff occurred.

24.     The personal injuries and losses sustained by the Plaintiff were caused by the negligence and carelessness of the Defendant, acting by and through Mr. George Chateauneuf, in that he:

(a)     failed to keep his vehicle under reasonable and proper control;

3

  (b) failed to keep a proper and reasonable lookout for other motor vehicles on the highway;

  (c) failed to apply the brakes in time to avoid a collision;

  (d) failed to turn his vehicle or take other reasonable evasive action to avoid a collision; and

  (e) failed to maintain a safe distance between his vehicle and the Plaintiff's vehicle considering the conditions of the roadway and his speed in order to enable him to stop in time to avoid a collision.

  25. As a result of the negligence and carelessness of the Defendant, the Plaintiff was forced to incur financial obligations for his medical care and treatment and will more likely than not incur additional financial obligations for the same in the future.

  26. As a further result thereof, the Plaintiff will be in the future unable to carry on his usual and customary activities, thereby sustaining a loss.

  27. As a further result thereof, the Plaintiff was unable to carry out his duties of employment as a liquor salesman for a period of time causing him lost wages and a diminished earning capacity.

## Prayer For Relief

**WHEREFORE,** the Plaintiff claims:

1. Damages;

2. Costs; and/or

3. Such other relief as may apply at law or equity.

THE PLAINTIFF
JAVIER MIRABALLES

By: *(signature)*
Jeffrey M. Cooper (ct 26250)

COOPER SEVILLANO, LLC
1087 Broad Street, 4th Floor
Bridgeport, CT 06604
E-Mail:jcooper@coopersevillano.com
Phone:       (203) 366-0660
Facsimile:   (203) 366-0688
Juris No.:   433348

*Attorney for Plaintiff Javier Miraballes*

5