UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| JAVIER MIRABALLES, | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES OF AMERICA, | : CASE No. 3:12-cv-1024(MPS) |
| Defendant. | : |
| | : December 31, 2013 |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated with prejudice that the above-captioned cause of action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

_____
Jeffrey M. Cooper
Cooper Sevillano, LLC
1087 Broad Street
Bridgeport, Ct. 06604
(203) 366-0660
FAX: (203) 366-0688
jcooper@;coopersevillano.com
Federal Bar # 26250

Date: 12/6/13

_____
Alan Marc Soloway
US Attorneys Office-Ct.
157 Church Street-23rd Floor
New Haven, Ct. 06510
(203) 821-3700
FAX: (203) 773-5373
alan.soloway@usdoj.gov
Federal Bar # CT 01581

Date: 12/31/13

1

## CERTIFICATION OF SERVICE

I hereby certify that on the 31st day of December 2013,  I electronically filed the above referenced pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

___/s/___<br>
ALAN MARC SOLOWAY