UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

JAVIER MIRABALLES,                               :

    Plaintiff,                                     :

        v.                                           :

UNITED STATES OF AMERICA,              :        CASE No. 3:12-cv-1024(MPS)

    Defendant.                                 :

                                :        December 31, 2013

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated with prejudice that the above-captioned cause of action

be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Jeffrey M. Cooper
Cooper Sevillano, LLC
1087 Broad Street
Bridgeport, Ct. 06604
(203) 366-0660
FAX: (203) 366-0688
jcooper@;coopersevillano.com
Federal Bar # 26250

Alan Marc Soloway
US Attorneys Office-Ct.
157 Church Street-23rd Floor
New Haven, Ct. 06510
(203) 821-3700
FAX: (203) 773-5373
alan.soloway@usdoj.gov
Federal Bar # CT 01581

Date: 12/6/13

Date: 12/31/13

1

## CERTIFICATION OF SERVICE

I hereby certify that on the 31st day of December 2013,   I electronically filed the

above referenced pleading with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to all counsel of record.


_____/s/_____
ALAN MARC SOLOWAY